UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGEE WALBERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY PSYCHIATRIC MANAGEMENT, LLC, and INDIANA UNIVERSITY PSYCHIATRIC ASSOCIATES, INC., | ) CASE NO. 1:04-cv-0848-DFH-WTL ) ) ) ) ) |
| Defendants. | ) |

FINAL JUDGMENT

The jury having rendered a verdict in favor of defendants and the court having issued today its ruling denying plaintiffs' post-trial motions, it is therefore ORDERED, ADJUDGED, AND DECREED that plaintiff Angee Walberry take nothing by her complaint against defendants The Trustees of Indiana University, Indiana University Psychiatric Management, LLC, and Indiana University Psychiatric Associates, Inc., and that this action is hereby DISMISSED WITH PREJUDICE.

Date: July 20, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*
_____
By:  Deputy Clerk

Copies to:

Ellen E. Boshkoff
BAKER & DANIELS
ellen.boshkoff@bakerd.com

Kellye Michelle Gordon
BAKER & DANIELS
kellye.gordon@bakerd.com

Lawrence M. Reuben
lmreubenlaw@yahoo.com

Christopher Kenneth Starkey
LAW OFFICE OF LAWRENCE M. REUBEN
starkeyck@msn.com

Angee Walberry
2239 North Leland Avenue
Indianapolis, Indiana 46218